**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PELANO, <br><br> Plaintiff(s), <br><br> v. <br><br> ARCO GAS STATION, et al. <br><br> Defendant(s). | Case No.   CV-15-4291-R <br><br> **ORDER OF DISMISSAL BY LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER RE: NOTICE TO COUNSEL** |

   Plaintiff was ordered to show cause in writing by not later than **January 20, 2016** why this action should not be dismissed for failure to submit a Joint Report of Early Meeting as ordered in this Court's Order Re: Notice to Counsel;

   WHEREAS, this period has elapsed without any action by plaintiff.

   The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated: January 21, 2016

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE